**The below described is SIGNED.**

Dated: January 24, 2011  _____
R. KIMBALL MOSIER
U.S. Bankruptcy Judge



_____

Kevin R. Anderson (4786)
STANDING CHAPTER 13 TRUSTEE
405 South Main Street, Suite 600
Salt Lake City, Utah  84111
Telephone: (801) 596-2884
Facsimile: (801) 596-2898
Email: kratrusteemail@ch13kra.com

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH
CENTRAL DIVISION**

| IN RE:<br>DARIN ERIC YOUNG<br>LISA ANN YOUNG<br><br>                     Debtors | CASE NO: 10-34679<br><br>Chapter 13<br><br>JUDGE R. KIMBALL MOSIER |
|---|---|

**ORDER DISMISSING CHAPTER 13 CASE FOLLOWING
CONFIRMATION HEARING**

_____

   The Debtors filed a Chapter 13 Petition on October 22, 2010.  A Notice of a Contested Confirmation Hearing was provided to all parties in interest.  At the confirmation hearing held January 4, 2011  11:00 am, Kevin R. Anderson, Chapter 13 Trustee, appeared personally or by counsel, and other parties, if any, made their appearances on the record.  Having heard the representations of the parties and recommendations of the Trustee, and having determined that all requirements for confirmation have not been met, the Court hereby ORDERS:

   1.   The Debtors case is hereby dismissed without prejudice.

Filed: 01/11/11

2. Of the funds being held in this case, the Trustee shall pay, to the extent funds are available, the following claims in the following priority: (1) the allowed fee to the Trustee under 28 U.S.C. § 586(e); (2) adequate protection payments provided for in the proposed plan, stipulated to by the parties, or ordered by the Court; (3) allowed administrative expenses, including attorney's fees and costs in the total amount of $1,750.00, less any retainer on the Bankruptcy Rule 2016 statement; and (4) with the balance of such funds to be returned to the Debtors pursuant to 11 U.S.C. § 1326(a)(2) by a check made payable to the Debtors and mailed to the debtors' most recent address on file with the Bankruptcy Court.

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on 01/11/2011, a true and correct copy of the foregoing Order was properly addressed, posted in the U.S. Mail, first-class, postage prepaid to the following parties at the addresses listed below:

DARIN ERIC YOUNG AND LISA ANN YOUNG, 5307 WEST 10320 NORTH , HIGHLAND, UT 84003

DARREN R. WATTS, ECF Notification

/S/
Employee of Office of Chapter 13 Trustee

### COURT SERVICE LIST

KEVIN R. ANDERSON, TRUSTEE - ECF NOTIFICATION

DARIN ERIC YOUNG AND LISA ANN YOUNG, 5307 WEST 10320 NORTH , HIGHLAND, UT 84003

DARREN R. WATTS, ECF Notification

*Order DISMISSING Case*
*Case No. 1034679*